IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN AUGUSTINE,

        Plaintiff,                    No. CIV S-03-1319 GEB KJM P

    vs.

JEFF NEVES, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On June 12, 2007, the court recommended that this action be dismissed for plaintiff's failure to file a second amended complaint. On June 21, 2007, plaintiff filed objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's June 12, 2007 findings and recommendations are vacated;

        2. Plaintiff is granted thirty days within which to file a second amended complaint; and

/////
/////
/////
/////

1

3. The Clerk of the Court is directed to send plaintiff a copy of the court's April 13, 2007 order with this order.

DATED: July 12, 2007.

_____
U.S. MAGISTRATE JUDGE

1
augu1319.vac